WILLIAM A. HANSSEN (SBN 110613)
william.hanssen@dbr.com
DRINKER BIDDLE & REATH LLP
Wells Fargo Center
333 S. Grand Ave.
Ste. 1650
Los Angeles, CA 90071-1517
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

HILLARY WEINER (SBN 203499)
hillary.weiner@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
MATRIXX INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>MATRIXX INITIATIVES, INC., and DOES 1 to 20,<br><br>Defendant. | Case No. 1:10-cv-00240 AWI GSA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

WHEREAS, Plaintiff Derek Alexander ("Plaintiff") filed the instant action on December 22, 2009 in the Superior Court of California, Merced County (Case No. CV-0000710) against Defendant Matrixx Initiatives, Inc. ("Matrixx") alleging common law claims arising from the marketing and sale of the Zicam® brand of products ("Zicam®"), which are over-the-counter, homeopathic, cold and allergy remedies;

WHEREAS, Defendant Matrixx was served with the Complaint on January 25, 2010 and filed its answer to Plaintiff's Complaint on February 11, 2010;

| | |
|---|---|
| 1 | WHEREAS, Defendant Matrixx removed this action to this court, based on diversity |
| 2 | jurisdiction under 28 U.S.C.§ 1332 on February 12, 2010. |
| 3 | WHEREAS, Plaintiff subsequently filed a First Amended Complaint against Defendants |
| 4 | Matrixx Initiatives, Inc., Zicam, LLC, and Botanical Laboratories, Inc.; |
| 5 | WHEREAS, this action is one of several actions pending against Matrixx Initiatives, Inc. |
| 6 | and other related defendants (collectively referred hereinafter as, "Matrixx") alleging similar |
| 7 | claims; |
| 8 | WHEREAS, on October 9, 2009, pursuant to 28 U.S.C. § 1407, the Judicial Panel on |
| 9 | Multidistrict Litigation (the "Panel") established MDL No. 2096, *In re: Zicam Cold Remedy* |
| 10 | *Marketing, Sales Practices and Products Liability Litigation* coordinating personal injury and |
| 11 | consumer fraud cases involving Zicam® Cold Remedy products before the Honorable Frederick |
| 12 | J. Martone in the District of Arizona for all pretrial proceedings ("MDL No. 2096"); |
| 13 | WHEREAS, this action involves similar predicate factual allegations and overlapping |
| 14 | claims for relief[1] as the actions that have been and will be transferred to the MDL No. 2096; |
| 15 | WHEREAS, Matrixx has requested that the Panel transfer this case to MDL No. 2096; |
| 16 | WHEREAS, further proceedings in this Court prior to MDL transfer risks needlessly |
| 17 | wasting this Court's and the Parties' time and resources, and increases the risk of inconsistent |
| 18 | rulings; |
| 19 | WHEREAS, the Parties in this action agree that a stay of this action pending the Panel's |
| 20 | decision on transfer will promote judicial economy and avoid prejudice to the Parties; |
| 21 | IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the |
| 22 | time within which Defendants may move, answer, or otherwise respond to Plaintiff's First |
| 23 | Amended Complaint is extended pending the Panel's decision on transfer of this action to MDL |
| 24 | No. 2096. It is agreed that if this action is transferred by the Panel, the time within which |
| 25 | Defendants shall respond to Plaintiff's Complaint shall be governed by the Case Management |

---

[1] Though there are some common questions, Defendants do not contend, and will dispute, that common questions of law and fact predominate for purposes of Fed. R. Civ. P. 23(b)(3).

1 | Orders entered by the transferee court.  It is further agreed that should this action not be
2 | transferred by the Panel, Defendants shall respond within thirty (30) days of an entry of such
3 | order by the Panel.

Pursuant to Local Rule 144, stipulations requesting extensions of time greater than twenty-eight (28) days in length, require court approval.  Accordingly, the parties request that this Court approve the attached proposed order, allowing the time frame for Defendants to move, answer, or otherwise respond to Plaintiff's First Amended Complaint to be governed by the Case Management Orders entered in MDL No. 2096, *In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation.*

**IT IS SO STIPULATED**:

Dated: February 24, 2010               DRINKER BIDDLE & REATH LLP

By:/s/ Hillary Weiner
    Hillary Weiner

Attorneys for Defendant
MATRIXX INITIATIVES, INC.

Dated: February 24, 2010               LAW OFFICES OF EDWARD B. CHATOIAN

By: /s/ Edward B. Chatoian
    Edward B. Chatoian

Attorneys for Plaintiff
DEREK ALEXANDER

**IT IS SO ORDERED:**

Dated: February 25, 2010               /s/ Gary S. Austin
                                       United States Magistrate Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND
SF01/ 675731.1
- 3 -
CASE NO. 1:10-CV-00240