WILLIAM A. HANSSEN (SBN 110613)
william.hanssen@dbr.com
DRINKER BIDDLE & REATH LLP
Wells Fargo Center
333 S. Grand Ave.
Ste. 1650
Los Angeles, CA  90071-1517
Telephone:     (213) 253-2300
Facsimile:      (213) 253-2301

HILLARY WEINER (SBN 203499)
hillary.weiner@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendant
MATRIXX INITIATIVES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK ALEXANDER,<br><br>               Plaintiff,<br><br>      v.<br><br>MATRIXX INITIATIVES, INC., and DOES 1 to 20,<br><br>               Defendant. | Case No. 1:10-cv-00240 AWI GSA<br><br>**STIPULATION AND ORDER TO STAY CASE PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO MDL NO. 2096 (D. ARIZ.)** |

WHEREAS, Plaintiff Derek Alexander ("Plaintiff") filed the instant action on December 22, 2009 in the Superior Court of California, Merced County (Case No. CV-0000710) against Defendant Matrixx Initiatives, Inc. ("Matrixx") alleging common law claims arising from the marketing and sale of the Zicam® brand of products ("Zicam®"), which are over-the-counter, homeopathic, cold and allergy remedies;

WHEREAS, Defendant Matrixx removed this action to this court, based on diversity jurisdiction under 28 U.S.C.§ 1332 on February 12, 2010.

STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL
SF01/ 675734.1

CASE NO. 1:10-CV-00240

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

1  WHEREAS, this action is one of several actions pending against Matrixx Initiatives, Inc. and other related defendants (collectively referred hereinafter as, "Matrixx") alleging similar claims;

4  WHEREAS, on October 9, 2009, pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation (the "Panel") established MDL No. 2096, *In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation* coordinating personal injury and consumer fraud cases involving Zicam® Cold Remedy products before the Honorable Frederick J. Martone in the District of Arizona for all pretrial proceedings ("MDL No. 2096");

9  WHEREAS, this action involves similar predicate factual allegations and overlapping claims for relief[1] as the actions that have been and will be transferred to the MDL No. 2096;

11  WHEREAS, Matrixx has requested that the Panel transfer this case to MDL No. 2096;

12  WHEREAS, further proceedings in this Court prior to MDL transfer risks needlessly wasting this Court's and the Parties' time and resources, and increases the risk of inconsistent rulings;

15  WHEREAS, the Parties in this action agree that a stay of this action pending the Panel's decision on transfer will promote judicial economy and avoid prejudice to the Parties;

17  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that there will be a stay of: (a) all pretrial activity in this case; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending a decision by the Panel regarding the transfer and coordination of this action. It is further stipulated that the parties shall notify the Court of the JPML's decision regarding transfer and coordination within fourteen (14) days after that decision is received.

---

[1] Though there are some common questions, Defendants do not contend, and will dispute, that common questions of law and fact predominate for purposes of Fed. R. Civ. P. 23(b)(3).

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL
SF01/ 675734.1
- 2 -
CASE NO. 1:10-CV-00240

**IT IS SO STIPULATED:**

Dated: February 24, 2010                    DRINKER BIDDLE & REATH LLP


                                            By: /s/ Hillary Weiner
                                                Hillary Weiner


                                            Attorneys for Defendant
                                            MATRIXX INITIATIVES, INC.


Dated: February 24, 2010                    LAW OFFICES OF EDWARD B. CHATOIAN


                                            By: /s/ Edward B. Chatoian
                                                Edward B. Chatoian

                                            Attorneys for Plaintiff
                                            DEREK ALEXANDER


**IT IS SO ORDERED:**

Dated: February 25, 2010                         /s/ Gary S. Austin
                                            United States Magistrate Judge